**Opinion filed January 11, 2018**



## In The

# Eleventh Court of Appeals

_____

## No. 11-15-00207-CV

_____

## DAVID H. ARRINGTON, Appellant

## V.

## ARANDA POOLS, INC., Appellee

### On Appeal from the 441st District Court
### Midland County, Texas
### Trial Court Cause No. CV 49667

### M E M O R A N D U M   O P I N I O N

This court issued an opinion and judgment on August 31, 2017, and Appellant subsequently filed a motion for rehearing. Appellant has now filed in this court an agreed motion to dismiss this appeal pursuant to settlement. According to the motion, the parties "have now fully settled their dispute" and executed a satisfaction and release of the final judgment. The parties request that we vacate our prior judgment and dismiss this appeal.

We grant the agreed motion to dismiss, withdraw the opinion and judgment dated August 31, 2017, and dismiss this appeal.

PER CURIAM

January 11, 2018

Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.[1]

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.